JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVED IN IMAGES, INC., a California corporation, | Case No. 8:15-CV-01864 DOC (JCGx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| | Hon. David O. Carter |
| LAMPS PLUS, INC., a California corporation, | |
| Defendant. | |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

Judgment is hereby entered in favor of Plaintiff and against Defendant on all claims against Defendant as alleged in the complaint in this action. Defendant shall pay Plaintiff damages in the sum of sixteen thousand dollars ($16,000.00), which amount is to include all court costs and all attorneys' fees otherwise recoverable and attributable to any claim against Defendant in this action.

**IT IS SO ORDERED.**

DATE: __February 14, 2017__         _____
                                    Hon. David O. Carter
                                    U.S. District Judge

1225445.1